# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER RAVAIN, INDIVIDUALLY | * | CIVIL ACTION |
| AND ON BEHALF OF HER MINOR | * | |
| CHILD, J.R. | * | NO.  21-cv-2365 |
|      Plaintiff | * | |
| VERSUS | * | JUDGE, SECTION "A" |
| | * |   JAY C. ZAINEY |
| OCHSNER MEDICAL CENTER KENNER, | * | |
| LLC, JEFFERSON PARISH SCHOOL | * | MAGISTRATE 4 |
| BOARD, AND EAST JEFFERSON HIGH | * |   KAREN WELLS ROBY |
| SCHOOL | * | |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF FRCP RULE 12(B)(6) MOTION TO DISMISS OF DEFENDANTS JEFFERSON PARISH SCHOOL BOARD and EAST JEFFERSON HIGH SCHOOL

**MAY IT PLEASE THE COURT**:

Plaintiffs filed suit in the 24th Judicial District Court for the Parish of Jefferson, State of

Louisiana against Ochsner Medical Center Kenner, LLC ("Ochsner"), the Jefferson Parish School

Board ("JPSB") and East Jefferson High School ("EJHS").  In the suit the plaintiffs asserted two

Louisiana state tort claims, one for battery of a minor and the other for infliction of emotional

distress, arising out of the vaccination of plaintiff's minor son for protection against COVID-19 by

employees of the defendant Ochsner.  The vaccination took place at East Jefferson High School.

East Jefferson High School is a public school owned and operated by the Jefferson Parish School

Board.  Despite the fact that EJHS has been erroneously sued herein as a distinct named defendant,

it is a non-juridical entity incapable of being sued.

Pursuant to a Notice of Removal filed in this Honorable Court on December 22, 2021, defendant Ochsner Medical Center Kenner, LLC with the express consent of the defendants Jefferson Parish School Board and East Jefferson High School, the case was removed to Federal Court, Section O, Judge Jay C. Zainey.  The removal was predicated upon the provisions of 42 U.S.C. Section 247d-6d, namely, the Public Readiness and Emergency Preparedness Act ("PREP Act"), including but not limited to the explicit preemption and immunity provisions contained therein.

Defendants Jefferson Parish School Board and East Jefferson High School have filed in this Honorable Court, in connection herewith, a Motion to Dismiss pursuant to FRCP Rule 12(b)(6) in which they have adopted in full the Motion to Dismiss filed by the defendant Ochsner Medical Center Kenner, LLC.  In support thereof, as their Memorandum in Support of the Motion, these defendants likewise **adopt in full the Memorandum of Law in Support of Motion to Dismiss filed by the said Ochsner Medical Center Kenner, LLC.**  And, like Ochsner, these defendants reserve the right to oppose the plaintiff's claims and allegations should this matter survive the instant motions.

## CONCLUSION

Re-iterating the conclusion put forth in its Memorandum by Ochsner, it has been demonstrated in Memoranda by and on behalf of all of the defendants herein, namely, the Jefferson Parish School Board and East Jefferson High School, and Ochsner Medical Center Kenner, LLC.,

that the plaintiffs have not alleged any claim that falls outside of PREP Act immunity from suit.

Based upon all of the foregoing, under the facts alleged by the plaintiffs herein, the defendants

Jefferson Parish School Board and East Jefferson High School, again while East Jefferson High

School is not a juridical entity capable of being sued, respectfully request that their Motion to

Dismiss be granted, and that the present suit and all plaintiffs' claims therein be dismissed with

prejudice, at plaintiffs' costs, against all defendants.

Respectfully submitted,

**GRANT & BARROW, APLC**


By: */s/ Olden C. Toups, Jr.*
    **OLDEN C. TOUPS, JR.** (#12881)
    **BRAD J. GEGENHEIMER** (#27475)
    **GLENN D. PRICE, JR.** (#27610)
Attorneys for Defendants, Jefferson Parish
School Board and East Jefferson High School
238 Huey P. Long Avenue
P.O. Box 484
Gretna, Louisiana  70054
Telephone:  (504) 368-7888
Telecopier: (504) 368-7263
 Email: otoups@grantbarrow.com
       bradg@grantbarrow.com
       gprice@grantbarrow.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by CM/ECF, email or U.S. mail.

/s/ Olden C. Toups, Jr.
**OLDEN C. TOUPS, JR.**